```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

DUBOS REFINISHERS, INC.                       CIVIL ACTION

VERSUS                                        NUMBER: 06-10068

ST. PAUL TRAVELERS GROUP, ET AL.              SECTION: "J"(5)


O R D E R

    The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

    Accordingly,

    **IT IS ORDERED** that plaintiff's suit is **DISMISSED** without prejudice pursuant to Rules 12(e) and 41(b) of the Federal Rules of Civil Procedure.

    New Orleans, Louisiana, this 17th day of July, 2007.

                                        UNITED STATES DISTRICT JUDGE